UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KENNETH HATLEN,

    Plaintiff,

vs.

LT. FELLEPS,

    Defendant.

Case No. 2:11-cv-01117-KJD-CWH

**ORDER**

        This is a *pro se* prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. The court granted petitioner leave to proceed in *forma pauperis* and plaintiff paid the required initial installment. Thereafter, plaintiff moved to amend the complaint by way of a supplement, which the court denied, directing plaintiff to file an amended complaint which was complete within itself. (ECF No. 10). That order was returned to the court as undeliverable.

        Plaintiff, who is obligated to maintain a current address with the Clerk of the Court, LSR 2-2, has failed to advised the Court or the Clerk of his new address. Moreover, the previously submitted complaint fails to state a claim upon which relief may be granted, as it does not provide a plain statement of plaintiff's allegations. Rather it simply includes a list of defendants and an attachment of grievances that plaintiff alleges he has submitted to personnel at the Clark County Detention Center.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED WITH PREJUDICE** for the failure of plaintiff to comply with the rules and orders of the Court.

DATED:  September 14, 2011

_____
UNITED STATES DISTRICT JUDGE