# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH HATLEN, | |
|     Plaintiff, | Case No. 2:11-cv-01117-KJD-CWH |
| vs. | **ORDER** |
| LT. FELLEPS, | |
|     Defendant. | |

This was a *pro se* prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. The court granted petitioner leave to proceed in *forma pauperis* and plaintiff paid the required initial installment. Thereafter, plaintiff moved to amend the complaint by way of a supplement, which the court denied, directing plaintiff to file an amended complaint which was complete within itself. (ECF No. 10). That order was returned to the court as undeliverable. The complaint was dismissed and the action closed on September 14, 2011 because plaintiff failed to keep the court informed of his address and because he failed to file a viable complaint despite being given ample opportunity to do so.

    Now, plaintiff has filed various motions including a motion for appointment of counsel (ECF No. 18), a motion to receive free copies (ECF No. 17) and a motion to have the matter reassigned to a different judge (ECF No. 16). The motion will be denied without further

consideration because the matter has been dismissed.  The Clerk shall not accept any other documents for filing in this matter except a proper Notice of Appeal.

**IT IS SO ORDERED.**

DATED:  December 5, 2011

_____
UNITED STATES DISTRICT JUDGE